# Court of Appeals
# of the State of Georgia

ATLANTA,　November 30, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0122. SETTENDOWN PUBLIC UTILITY, LLC, et al. v. WATERSCAPE UTILITY, LLC.**

On October 8, 2012, the trial court entered an order granting Waterscape Utility's motion to disqualify George Butler from representing a number of the defendants in this case because he had previously represented Waterscape Utility and his representation included issues involving the sewer plant at issue in this case. Settendown Public Utility, LLC, Ken Curren, Camella Curren, and Waterscape Services, L.L.C., seek discretionary review of this order. However, we lack jurisdiction.

The order disqualifying counsel is an interlocutory order. See *Cherry v. Coast House, Ltd.*, 257 Ga. 403, 404 (2) (359 SE2d 904) (1987); *Ewing Holding Corp. v. Egan-Stanley Investments*, 154 Ga. App. 493, 495-496 (1) (268 SE2d 733) (1980). Thus, in order to obtain appellate review, the appellants were required to follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b) and to obtain a certificate of immediate review. While it appears from the record that they attempted to obtain such a certificate, they have not included a certificate of immediate review with their application. Their failure to do so deprives us of jurisdiction to consider the application for appeal. Accordingly, this application for discretionary review is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 11/30/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*